# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br>*ROMERO et al v. COOK INCORPORATED et al*<br>Case No. 1:18-cv-01571-RLY-TAB | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Karina Adilene Romero, on behalf of the Estate of Clara Romero, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:18-cv-01571-RLY-TAB.

Dated: September 23, 2025

>Respectfully Submitted,
>GOMEZ TRIAL ATTORNEYS
>*/s/ Joshua R. Harris*
>Joshua R. Harris (FL Bar No. 124124)
>*Admitted Pro Hac Vice*
>755 Front St.
>San Diego, California 92101
>PH: 673-237-3490 / FAX: 673-237-3496
>josh@getgomez.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      /s/ *Joshua R. Harris*

Joshua R. Harris (FL Bar No. 124124)
*Admitted Pro Hac Vice*
755 Front St.
San Diego, California 92101
PH: 673-237-3490 / FAX: 673-237-3496
josh@getgomez.com